950 A.2d 901

ZAGAMI, LLC., D/B/A THE LANDMARK AMERICANA BAR AND GRILL, D/B/A LANDMARK LIQUORS, PLAINTIFF–RESPON-DENT, v. LUIS PEREZ, DEFENDANT–MOVANT.

May 6, 2008.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to

consider the appeal on the merits contemporaneously with *Zagami, LLC v. Cottrell*, 195 N.J. 415, 949 A.2d 846 (2008); and it is further